Thomas Franklin TOWLES, Movant,

v.

KENTUCKY BAR ASSOCIATION, Respondent.

No. 93–SC–433–KB.

Supreme Court of Kentucky.

Sept. 30, 1993.

*ORDER*

The application of Thomas Franklin Towles for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Towles shall pay the costs incurred by the Kentucky Bar Association in processing of the application.

ENTERED: September 30, 1993.
/s/ Robert F. Stephens
ROBERT F. STEPHENS,
Chief Justice